**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **RAYMOND WRIGHT,** | CV F 05- 1472 OWW WMW HC |
| Petitioner, | |
| v. | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RE DISMISSAL OF PETITION** |
| **JAMES A. YATES,** | |
| Respondent. | [Doc. 10] |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    On February 2, 2006, the Magistrate Judge filed findings and recommendations herein. These findings and recommendations were served on the parties and contained notice to the parties that any objections to the findings and recommendations were to be filed within thirty days. No objections were filed. Petitioner's lack of objection to the dismissal of this case is indicated by the fact in response to the findings and recommendations, he filed a motion to voluntarily dismiss this case.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C) this court has conducted a de novo review of this case.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).   Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Based on the foregoing, it is HEREBY ORDERED  that:

1. The findings and recommendations issued by the Magistrate Judge on February 2, 2006, are a adopted in full;
2. The Petition for Writ of Habeas Corpus is dismissed;
3. The Clerk of the Court is directed to enter  judgment for Respondent and to close this case.

IT IS SO ORDERED.

**Dated:   March 15, 2006**                    __/s/ Oliver W. Wanger__
emm0d6                                                          UNITED STATES DISTRICT JUDGE

2